STATE OF NEW JERSEY v. ROBERT BRADLEY.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID JOHNSON.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ALLEN MARTIN.

April 26, 1988.

Petition for certification denied.   (See 222 *N.J.Super.* 66)

MALESHA COGDELL v. HOSPITAL CENTER AT ORANGE.

April 26, 1988.

Leave to appeal granted.